Board of Education of the Cleveland City School District, Cuyahoga County, Ohio, Appellee, *v.* Don M. Hisaka & Associates, Inc.; United Pacific Insurance Company, Appellant.

[Cite as *Cleveland City School Dist. Bd. of Edn. v. Don M. Hisaka & Assoc., Inc.* (1992), 65 Ohio St.3d 1214.]

(No. 91–1776—Submitted October 21, 1992—Decided December 30, 1992.)

---

*Cavitch, Familo & Durkin Co., L.P.A., Douglas A. DiPalma* and *E. John Brzytwa,* for appellee.

*Weston, Hurd, Fallon, Paisley & Howley, David Arnold, Jerome W. Cook* and *William H. Baughman, Jr.,* for appellant.

---

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.